```
1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )   2:07-CV-02036-MCE-EFB
                               )
         Plaintiff,            )   APPLICATION AND ORDER FOR
                               )   PUBLICATION
    v.                         )
                               )
MISCELLANEOUS FIREARMS LISTED  )
IN EXHIBIT A,                  )
                               )
         Defendants.           )
_____)
```

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

3. The defendant Miscellaneous Firearms listed in Exhibit A attached hereto (hereafter "defendant firearms") were seized in

1

1 the city of Stockton, in San Joaquin County, California.  The
2 Bureau of Alcohol, Tobacco, Firearms, and Explosives ("DEA")
3 published notice of the non-judicial forfeiture of the defendant
4 firearms on May 3, 10, and 17, 2007 in the <u>Wall Street Journal</u>.
5     4.   Plaintiff proposes that publication be made as follows:
6         a.   One publication;
7         b.   In the following newspaper, a legal newspaper of
8 general circulation, located in the county in which the defendant
9 firearms were seized: <u>Stockton Record</u>;
10         c.   The publication is to include the following:
11           (1)  The Court, title and number of the action;
12           (2)  The date of the arrest/seizure;
13           (3)  The identity and/or description of the
14 property arrested/seized;
15           (4)  The name, address, and telephone number of
16 the attorney for the Plaintiff;
17           (5)  A statement that claims of persons entitled
18 to possession or claiming an interest pursuant to Supplemental
19 Rule G(5) must be filed with the Clerk and served on the attorney
20 for the Plaintiff within 30 days after the date of publication;
21           (6)  A statement that answers to the Complaint or
22 a motion under Rule 12 of the Federal Rules of Civil Procedure
23 ("Fed. R. Civ. P.") must be filed and served within 20 days after
24 the filing of the claims and, in the absence thereof, default may
25 be entered and condemnation ordered;
26           (7)  A statement that applications for
27 intervention under Fed. R. Civ. P., Rule 24 by persons claiming
28 maritime liens or other interests shall be filed within the 30

1  days allowed for claims for possession; and
2              (8)  The name, address, and telephone number of
3  the U.S. Marshal and/or the Bureau of Alcohol, Tobacco, Firearms
4  and Explosives.
5  Dated: 9/27/07                McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Courtney J. Linn
                                  COURTNEY J. LINN
                                  Assistant United States Attorney


                                  **ORDER**

   IT IS SO ORDERED.
Dated:  October 2, 2007.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

**EXHIBIT A**

   a. Taurus Revolver, Model: 605, S/N #ZJ84906 (Item 35);
   b. Kimber Pistol, Model: Customs CDP2, S/N #K186237 (Item 36);
   c. Glock Pistol, Model: 34, S/N #EMN256US (Item 37);
   d. Ruger Pistol, Model: P89, S/N #314-16954 (Item 38);
   e. Smith & Wesson Revolver, Model: 460 XVR, S/N #CJV8596 (Item 39);
   f. Kimber Pistol, Model: Eclipse Customs 2, S/N #K191627 (Item 40);
   g. Beretta Pietro S.P.A. Pistol, Model: 85FSC, S/N #F35178Y (Item 41);
   h. Kahr Arms - Auto Ordnance Pistol, Model: MK9, S/N #GA3906 (Item 42);
   i. Glock GMBH Pistol, Model: 19, S/N #HYG004 (Item 43);
   j. Sig-Sauer Pistol, Model: P229S, S/N #AL45626 (Item 44);
   k. Springfield Armory Geneseo, IL Pistol, Model: 1911A1, S/N #N504971 (Item 45);
   l. Sig-Arms Pistol, Model: P229SAS, S/N #ABU07432 (Item 46);
   m. Glock GMBH Pistol, Model: 20, S/N #GRD917 (Item 47);
   n. Springfield Armory Geneseo, IL, Pistol, Model: 1911A1, S/N #N500958 (Item 48);
   o. Israel Weapon IND- IWI (Israel Military IND- IMI) Pistol, Model: Desert Eagle, S/N #36200891 (Item 49);
   p. F.N. (FN Herstal) Pistol, Model: FN, S/N #386109934 (Item 50);
   q. Heckler and Koch Pistol, Model: USP, Serial Number 25-099475 (Item 51);
   r. Sig-Sauer Pistol, Model: Trailside, S/N #E0048671 (Item 52);
   s. North American Arms Pistol, Model: Guardian, S/N #AA12929 (Item 53);
   t. Raven Arms Pistol, Model: MP25, S/N #1067736 (Item 54);
   u. Taurus Revolver, Model: 605, S/N #ZJ84907 (Item 55);
   v. Ruger Pistol, Model: Mark II, S/N #224-74556 (Item 56);
   w. Beretta Pietro S.P.A. Pistol, Model: 950B, S/N #C54815 (Item 57);
   x. Beretta Pietro S.P.A. Pistol, Model: 21A, S/N #BES80856U (Item 58);
   y. Beretta USA Corp. Pistol, Model: 950BS, S/N #BER02219V (Item 59);
   z. Phoenix Arms Co. Pistol, Model: HP22A, S/N #4267983 (Item 60);
   aa. Beretta USA Corp. Pistol, Model: 21A, S/N #BES08697U (Item 61);
   bb. Glock GMBH Pistol, Model: 22, S/N #GPU235 (Item 62);
   cc. Tikka - (Oy Tikkakoski AB) Rifle, Model: T3, S/N #443738 (Item 63);
   dd. Vulcan Arms Inc. Rifle, Model: V15, S/N #P8004 (Item 64);
   ee. Armscor of the Philippines (Squires Bingham) Rifle, Model: AK4722, S/N #AP226695 (Item 65);
   ff. Marlin Firearms Co. Rifle, Model: 336A, Serial Number 96019322 (Item 66);
   gg. Remington Arms Company, Inc. Shotgun, Model: 870, S/N

```
                  #D995778M (Item 67);
       hh. Sig-Sauer Pistol, Model: Sig Sig Pro 2009, S/N #SP0068668
              (Item 68);
       ii. Glock GMBH Pistol, Model: 35, S/N #EHB809US (Item 69);
       jj. Glock GMBH Pistol, Model: 17, S/N #FLL689 (Item 70);
       kk. Israel Weapon IND- IWI (Israel Military IND- IMI) Pistol,
              Model: Desert Eagle, S/N #30954-S (Item 71);
       ll. Marlin Firearms Co. Rifle, Model: 336, S/N #69 127636
              (Item 72);
       mm. Encom (Enfield America) Rifle, Model: Unknown, Serial
              Number FTR1952 (Item 73);
       nn. Keystone Sporting Arms Rifle, Model: Cricket Rifle, S/N
              #169862 (Item 74);
       oo. Colt Pistol, Model: Mustang Pocket Light, S/N #PL12478
              (Item 75); and
       pp. Smith & Wesson Pistol, Model: 910, S/N #TDR5771 (Item 76).
```