UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,          No. 2:07-cv-02036-MCE-EFB

  v.

MISCELLANEOUS FIREARMS LISTED
IN EXHIBIT A,              **RELATED CASE ORDER**

    Defendants.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,          No. 2:07-cr-00175-MCE

  v.

RICARDO MADRIGAL,

    Defendant.
_____/

    Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

1 Accordingly, the assignment of the matters to the same judge is
2 likely to effect a substantial savings of judicial effort and is
3 also likely to be convenient for the parties.
4 　　　The parties should be aware that relating the cases under
5 Local Rule 83-123 merely has the result that both actions are
6 assigned to the same judge; no consolidation of the action is
7 effected.  Under the regular practice of this Court, related
8 cases are generally assigned to the district judge and magistrate
9 judge to whom the first filed action was assigned.
10 　　　IT IS THEREFORE ORDERED that the action denominated 02:07-
11 cv-00175-MCE-GGH, UNITED STATES OF AMERICA v. RICARDO MADRIGAL is
12 reassigned to Judge Morrison C. England, Jr. for all further
13 proceedings, and any dates currently set in this reassigned case
14 only is hereby VACATED.  The parties are referred to the attached
15 Order Requiring Joint Status Report.  Henceforth, the caption on
16 documents filed in the reassigned case shall be shown as 02:07-
17 cv-00175-MCE-EFB.
18 　　　IT IS FURTHER ORDERED that the Clerk of the Court make
19 appropriate adjustment in the assignment of criminal cases to
20 compensate for this reassignment.
21 　　　IT IS SO ORDERED.
22 
  Dated: October 10, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE