1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,           No. 2:07-cv-02036-MCE-EFB
12              Plaintiff,
13       v.                             **RELATED CASE ORDER**
14  MISCELLANEOUS FIREARMS LISTED
    IN EXHIBIT A,
15
                Defendants.
16  _____/
17  UNITED STATES OF AMERICA,           No. 2:07-cr-00175-MCE
18              Plaintiff,
19       v.
20  RICARDO MADRIGAL,
21              Defendant.
22  _____/
23       The Court received the Notice of Related Cases filed October
24  10, 2007.  Examination of the above-entitled actions reveals that
25  both actions are related within the meaning of Local Rule 83-
26  123(a), E.D. Cal. (1997).  The actions involve the same parties,
27  are based on the same or a similar claim, and involve the same
28  property transaction or event.
    ///

1   Because the cases are already assigned to the same district
2  judge, this Order is issued for informational purposes only and
3  shall have no effect on the status of the cases.
4
   Dated: October 26, 2007

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE