```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  COURTNEY J. LINN
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CV-02036-MCE-EFB |
| | ) | |
| Plaintiff, | ) | *EX PARTE* APPLICATION AND |
| | ) | ORDER TO EXTEND DEADLINE TO |
| v. | ) | FILE JOINT STATUS REPORT |
| | ) | |
| MISCELLANEOUS FIREARMS LISTED | ) | |
| IN EXHIBIT A, | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America, Plaintiff herein, applies for an *ex parte* order extending the deadline to file a Joint Status Report as follows:

    1.   The Order Requiring Joint Status Report filed October 1, 2007, stated that within sixty (60) days of service of complaint on any party, the parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan.

    2.   Potential claimant Ricardo Madrigal (hereafter "Madrigal") was personally served on October 11, 2007.  On November 15, 2007, Madrigal filed a Stipulation to Extend Time for Defendant's Verified Claim and Answer.

1

Madrigal's Verified Claim is due by December 17, 2007, and his Answer is due 20 days following the filing of the Verified Claim.

3. The parties are currently attempting to settle this forfeiture action and request that the deadline to file a Joint Status Report be extended to December 21, 2007.

Dated: 11/30/07

McGREGOR W. SCOTT
United States Attorney

/s/ Courtney J. Linn
COURTNEY J. LINN
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: December 4, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

a. Taurus Revolver, Model: 605, S/N #ZJ84906 (Item 35);
b. Kimber Pistol, Model: Customs CDP2, S/N #K186237 (Item 36);
c. Glock Pistol, Model: 34, S/N #EMN256US (Item 37);
d. Ruger Pistol, Model: P89, S/N #314-16954 (Item 38);
e. Smith & Wesson Revolver, Model: 460 XVR, S/N #CJV8596 (Item 39);
f. Kimber Pistol, Model: Eclipse Customs 2, S/N #K191627 (Item 40);
g. Beretta Pietro S.P.A. Pistol, Model: 85FSC, S/N #F35178Y (Item 41);
h. Kahr Arms - Auto Ordnance Pistol, Model: MK9, S/N #GA3906 (Item 42);
i. Glock GMBH Pistol, Model: 19, S/N #HYG004 (Item 43);
j. Sig-Sauer Pistol, Model: P229S, S/N #AL45626 (Item 44);
k. Springfield Armory Geneseo, IL Pistol, Model: 1911A1, S/N #N504971 (Item 45);
l. Sig-Arms Pistol, Model: P229SAS, S/N #ABU07432 (Item 46);

m. Glock GMBH Pistol, Model: 20, S/N #GRD917 (Item 47);
n. Springfield Armory Geneseo, IL, Pistol, Model: 1911A1, S/N #N500958 (Item 48);
o. Israel Weapon IND- IWI (Israel Military IND- IMI) Pistol, Model: Desert Eagle, S/N #36200891 (Item 49);
p. F.N. (FN Herstal) Pistol, Model: FN, S/N #386109934 (Item 50);
q. Heckler and Koch Pistol, Model: USP, Serial Number 25-099475 (Item 51);
r. Sig-Sauer Pistol, Model: Trailside, S/N #E0048671 (Item 52);
s. North American Arms Pistol, Model: Guardian, S/N #AA12929 (Item 53);
t. Raven Arms Pistol, Model: MP25, S/N #1067736 (Item 54);
u. Taurus Revolver, Model: 605, S/N #ZJ84907 (Item 55);
v. Ruger Pistol, Model: Mark II, S/N #224-74556 (Item 56);
w. Beretta Pietro S.P.A. Pistol, Model: 950B, S/N #C54815 (Item 57);
x. Beretta Pietro S.P.A. Pistol, Model: 21A, S/N #BES80856U (Item 58);
y. Beretta USA Corp. Pistol, Model: 950BS, S/N #BER02219V (Item 59);
z. Phoenix Arms Co. Pistol, Model: HP22A, S/N #4267983 (Item 60);
aa. Beretta USA Corp. Pistol, Model: 21A, S/N #BES08697U (Item 61);
bb. Glock GMBH Pistol, Model: 22, S/N #GPU235 (Item 62);
cc. Tikka - (Oy Tikkakoski AB) Rifle, Model: T3, S/N #443738 (Item 63);
dd. Vulcan Arms Inc. Rifle, Model: V15, S/N #P8004 (Item 64);
ee. Armscor of the Philippines (Squires Bingham) Rifle, Model: AK4722, S/N #AP226695 (Item 65);
ff. Marlin Firearms Co. Rifle, Model: 336A, Serial Number

        96019322 (Item 66);
gg. Remington Arms Company, Inc. Shotgun, Model: 870, S/N #D995778M (Item 67);
hh. Sig-Sauer Pistol, Model: Sig Sig Pro 2009, S/N #SP0068668 (Item 68);
ii. Glock GMBH Pistol, Model: 35, S/N #EHB809US (Item 69);
jj. Glock GMBH Pistol, Model: 17, S/N #FLL689 (Item 70);
kk. Israel Weapon IND- IWI (Israel Military IND- IMI) Pistol, Model: Desert Eagle, S/N #30954-S (Item 71);
ll. Marlin Firearms Co. Rifle, Model: 336, S/N #69 127636 (Item 72);
mm. Encom (Enfield America) Rifle, Model: Unknown, Serial Number FTR1952 (Item 73);
nn. Keystone Sporting Arms Rifle, Model: Cricket Rifle, S/N #169862 (Item 74);
oo. Colt Pistol, Model: Mustang Pocket Light, S/N #PL12478 (Item 75); and
pp. Smith & Wesson Pistol, Model: 910, S/N #TDR5771 (Item 76).