```
McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CV-02036-MCE-EFB |
| ) | |
| Plaintiff, ) | **FINAL JUDGMENT OF** |
| ) | **FORFEITURE** |
| v. ) | |
| ) | |
| MISCELLANEOUS FIREARMS LISTED ) | |
| IN EXHIBIT A, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against the Miscellaneous Firearms listed in Exhibit A attached hereto (hereafter the "defendant firearms") seized on or about April 15, 2007, at Madrigal's residence located at 9722 Stefano Court in Stockton, California. This action is related to a parallel criminal proceeding currently pending against potential claimant Richardo Madrigal. U.S. v. Ricardo Madrigal, 2:07-CR-00175-MCE.

///

///

1

2.   A Complaint for Forfeiture <u>In Rem</u> (hereafter "Complaint") was filed on or about September 27, 2007, seeking the forfeiture of the defendant firearms, alleging that said firearms are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

3.   On or about October 1, 2007, the Clerk issued a Warrant for Arrest <u>In Rem</u> for the defendant firearms, and that warrant was duly executed on October 11, 2007.

4.   On or about October 11, 2007, copies of the Complaint, Warrant for Arrest, Application and Order for Publication, Notice of Related Cases and court notices were personally served on potential claimant Ricardo Madrigal.  These documents were also sent to Linda Harter, Madrigal's attorney in a parallel criminal case, by certified mail on October 2, 2007.

5.   On or about October 26, 2007, a Public Notice of Arrest of the defendant firearms appeared by publication in the <u>Stockton Record</u>, a newspaper of general circulation in the county in which the defendant firearms were seized (San Joaquin County).  The Proof of Publication was filed with the Court on November 9, 2007.

6.   A Stipulation to Extend Time for Ricardo Madrigal's Verified Claim and Answer was filed on November 15, 2007.  His Claim is due by December 17, 2007, and his Answer is due 20 days following the filing of the Claim.  No other parties have filed claims or answers in this matter, the parties to this stipulation are unaware of any other party with a known potential interest in the defendant firearms, and the time for which any person or entity may file a claim and answer has expired.

7. Potential claimant Ricardo Madrigal represents and warrants that he is the sole owner of the defendant firearms.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. Judgment is hereby entered against potential claimant Ricardo Madrigal and all other potential claimants who have not filed claims in this action.

3. The defendant Miscellaneous Firearms listed in Exhibit A attached hereto shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), to be disposed of according to law, with the exception of two pairs of pistol grips which will be identified by Madrigal and returned to Madrigal by ATF within 30 days of identification.

4. Plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure or forfeiture of the defendant firearms. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure or forfeiture, as well as to those now known or disclosed. The parties waive the provisions of California Civil Code § 1542.

///
///
///

5.  Without admitting that the defendant firearms constitute or are derived from proceeds traceable to an offense constituting "specified unlawful activity" (as defined in 18 U.S.C. § 1956(c)(7)), potential claimant Ricardo Madrigal stipulated that there is an adequate factual basis to support the forfeiture of the defendant firearms.

6.  Pursuant to the stipulation of the parties, and allegations set forth in the Complaint for Forfeiture In Rem filed September 27, 2007, the Court finds that there was reasonable cause for the seizure and arrest of the defendant firearms, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7.  All parties are to bear their own costs and attorneys' fees, if any.

Dated: January 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

///
///
///
///
///
///
///
///

4

```
 1                  CERTIFICATE OF REASONABLE CAUSE
 2      Pursuant to the Stipulation for Final Judgment of Forfeiture
 3 filed herein, and the allegations set forth in the Complaint for
 4 Forfeiture In Rem filed September 27, 2007, the Court enters this
 5 Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465,
 6 that there was reasonable cause for the seizure and arrest of the
 7 defendant firearms.
 8  Dated: January 4, 2008
 9
10                                  _____
11                                  MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
```

**EXHIBIT A**

a. Taurus Revolver, Model: 605, S/N #ZJ84906 (Item 35);
b. Kimber Pistol, Model: Customs CDP2, S/N #K186237 (Item 36);
c. Glock Pistol, Model: 34, S/N #EMN256US (Item 37);
d. Ruger Pistol, Model: P89, S/N #314-16954 (Item 38);
e. Smith & Wesson Revolver, Model: 460 XVR, S/N #CJV8596 (Item 39);
f. Kimber Pistol, Model: Eclipse Customs 2, S/N #K191627 (Item 40);
g. Beretta Pietro S.P.A. Pistol, Model: 85FSC, S/N #F35178Y (Item 41);
h. Kahr Arms - Auto Ordnance Pistol, Model: MK9, S/N #GA3906 (Item 42);
i. Glock GMBH Pistol, Model: 19, S/N #HYG004 (Item 43);
j. Sig-Sauer Pistol, Model: P229S, S/N #AL45626 (Item 44);
k. Springfield Armory Geneseo, IL Pistol, Model: 1911A1, S/N #N504971 (Item 45);
l. Sig-Arms Pistol, Model: P229SAS, S/N #ABU07432 (Item 46);
m. Glock GMBH Pistol, Model: 20, S/N #GRD917 (Item 47);
n. Springfield Armory Geneseo, IL, Pistol, Model: 1911A1, S/N #N500958 (Item 48);
o. Israel Weapon IND- IWI (Israel Military IND- IMI) Pistol, Model: Desert Eagle, S/N #36200891 (Item 49);
p. F.N. (FN Herstal) Pistol, Model: FN, S/N #386109934 (Item 50);
q. Heckler and Koch Pistol, Model: USP, Serial Number 25-099475 (Item 51);
r. Sig-Sauer Pistol, Model: Trailside, S/N #E0048671 (Item 52);
s. North American Arms Pistol, Model: Guardian, S/N #AA12929 (Item 53);
t. Raven Arms Pistol, Model: MP25, S/N #1067736 (Item 54);
u. Taurus Revolver, Model: 605, S/N #ZJ84907 (Item 55);
v. Ruger Pistol, Model: Mark II, S/N #224-74556 (Item 56);
w. Beretta Pietro S.P.A. Pistol, Model: 950B, S/N #C54815 (Item 57);
x. Beretta Pietro S.P.A. Pistol, Model: 21A, S/N #BES80856U (Item 58);
y. Beretta USA Corp. Pistol, Model: 950BS, S/N #BER02219V (Item 59);
z. Phoenix Arms Co. Pistol, Model: HP22A, S/N #4267983 (Item 60);
aa. Beretta USA Corp. Pistol, Model: 21A, S/N #BES08697U (Item 61);
bb. Glock GMBH Pistol, Model: 22, S/N #GPU235 (Item 62);
cc. Tikka - (Oy Tikkakoski AB) Rifle, Model: T3, S/N #443738 (Item 63);
dd. Vulcan Arms Inc. Rifle, Model: V15, S/N #P8004 (Item 64);
ee. Armscor of the Philippines (Squires Bingham) Rifle, Model: AK4722, S/N #AP226695 (Item 65);
ff. Marlin Firearms Co. Rifle, Model: 336A, Serial Number

```
             96019322 (Item 66);
     gg. Remington Arms Company, Inc. Shotgun, Model: 870, S/N
             #D995778M (Item 67);
     hh. Sig-Sauer Pistol, Model: Sig Sig Pro 2009, S/N
             #SP0068668 (Item 68);
     ii. Glock GMBH Pistol, Model: 35, S/N #EHB809US (Item 69);
     jj. Glock GMBH Pistol, Model: 17, S/N #FLL689 (Item 70);
     kk. Israel Weapon IND- IWI (Israel Military IND- IMI)
             Pistol, Model: Desert Eagle, S/N #30954-S (Item 71);
     ll. Marlin Firearms Co. Rifle, Model: 336, S/N #69 127636
             (Item 72);
     mm. Encom (Enfield America) Rifle, Model: Unknown, Serial
             Number FTR1952 (Item 73);
     nn. Keystone Sporting Arms Rifle, Model: Cricket Rifle, S/N
             #169862 (Item 74);
     oo. Colt Pistol, Model: Mustang Pocket Light, S/N #PL12478
             (Item 75); and
     pp. Smith & Wesson Pistol, Model: 910, S/N #TDR5771 (Item
             76).
```

7